

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00488-CR

| | | |
|---|---|---|
| DANITA CAROL THETFORD, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1558380R) |
| V. | § | March 3, 2022 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth